IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE SINGLETON, | : | CIVIL NO. 3:12-CV-2583 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| PRISON HEALTH SERVICES, et al., | : | |
| Defendants | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

AND NOW, to wit, this 6th day of January 2014, upon consideration of defendants' motion (Doc. 11) to dismiss, it is hereby **ORDERED** that:

1. Defendants' motion (Doc. 11) to dismiss plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) is GRANTED.

2. Plaintiff's complaint is DISMISSED WITH PREJUDICE.

3. The Clerk of Court is directed to CLOSE this case.

4. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

BY THE COURT:

JUDGE JAMES M. MUNLEY
United States District Court